JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGELINE, INC., | Case No.: CV 09-1870 DSF (AGRx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| DAVID HENDRICKS, FREEDOM VENDING, INC. AND DOES 1-10, inclusive, | |
| Defendants. | |

This action came before the Court on a motion to dismiss for lack of personal jurisdiction, the Honorable Dale S. Fischer, District Judge, Presiding. For the reasons given in the Court's August 12, 2009 order,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: August 18, 2009

_____
Dale S. Fischer
United States District Judge