1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiff
   Imageline, Inc.
7
   Venkat Balasubramani (SBN 189192)
8  *venkat@balasubramani.com*
   BALASUBRAMANI LAW
9  8426 40th Avenue SW
   Seattle, Washington 98136
10 Telephone: (206) 529-4827
   Facsimile:  (206) 260-3966
11
   Attorney for Defendants David Hendricks
12 And Freedom Vending, Inc.

13
                UNITED STATES DISTRICT COURT
14
                CENTRAL DISTRICT OF CALIFORNIA
15

| Imageline, Inc., | Case No. CV09-1870 DSF (AGRx) |
|---|---|
| Plaintiff, | JOINT STIPULATION FOR PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE |
| v. | |
| David Hendricks, Freedom Vending, Inc. and Does 1 – 10, inclusive, | |
| Defendants. | |

WHEREAS, Plaintiff Imageline, Inc. ("Plaintiff"), having filed a Complaint in this action charging Defendants David Hendricks and Freedom Vending, Inc. (collectively "Defendants") with liability for copyright infringement, and the Parties hereto desiring and having agreed to settle the controversy between them.

Plaintiff and Defendants, by and through their respective counsel of record, agree and stipulate as follows:

1. That a [Proposed] Permanent Injunction and Dismissal with Prejudice ("Injunction") be entered in the form attached hereto as Exhibit A.

Imageline v. Hendricks, et al.: Stipulation for Perm. Inj.         - 1 -

2. Defendants stipulate not to appeal the Injunction entered pursuant to this Stipulation and hereby waive all rights to appeal from it.  Defendants hereby waive any rights which they may have to request or to have a new trial or any rights which they may have to otherwise challenge, directly or collaterally, the Injunction entered pursuant to the terms of this Stipulation, unless there is a breach by Plaintiff of the Release and Settlement Agreement and this Stipulation.

3. Defendants acknowledge that they have completely read the terms of this Stipulation and fully understand the terms and consequences of the Stipulation and Injunction.

4. The waiver by a party to this Stipulation of the performance of any covenant, condition or promise herein shall not invalidate this Stipulation nor shall any such waiver be construed as a waiver or relinquishment of the performance of any other covenant, condition or promise in this Stipulation.

5. This Stipulation may be amended or modified only by a written instrument signed by all the Parties.

6. All claims for relief, and each of them, alleged by Plaintiff against Defendants shall be dismissed with prejudice.

7. This Stipulation shall be binding on and inure to the benefit of the Parties to it, their successors, heirs or assignees.

IT IS SO STIPULATED by the parties hereto:

DATED:  April 8, 2010         J. Andrew Coombs, A Professional Corp.

By:  /s/ Annie S. Wang
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Imageline, Inc.

DATED:  April 8, 2010         BALASUBRAMANI LAW

By:   /s/ Venkat Balasubramani
Venkat Balasubramani
Attorney for Defendant David Hendricks and Freedom Vending, Inc.