J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

JS 6

Attorneys for Plaintiff
Imageline, Inc.

Venkat Balasubramani (SBN 189192)
*venkat@balasubramani.com*
BALASUBRAMANI LAW
8426 40th Avenue SW
Seattle, Washington 98136
Telephone:  (206) 529-4827
Facsimile:   (206) 260-3966

Attorney for Defendants David Hendricks
And Freedom Vending, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Imageline, Inc., | Case No. CV09-1870 DSF (AGRx) |
| Plaintiff, | PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE |
| v. | |
| David Hendricks, Freedom Vending, Inc. and Does 1 – 10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Permanent Injunction and Dismissal with Prejudice that has been executed by Plaintiff Imageline, Inc. ("Plaintiff") and Defendants David Hendricks and Freedom Vending, Inc. (collectively "Defendants") in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, 15 U.S.C. § 1051, *et seq.*, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338.  The Parties stipulate and agree that service of process was properly made against Defendants.

2) Defendants submit to the Court's exercise of specific jurisdiction over them in the above-captioned matter only.

3) Plaintiff is the owner of all rights in and to the copyrights in all of the images incorporated into and part of the collective registrations listed in Exhibit A attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Properties").  Defendants do not contest this assertion but may, in the event this lawsuit is re- opened due to an alleged breach of the Settlement Agreement by Defendants, challenge the validity of Plaintiff's copyrights.

4) Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.

5) Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the Injunction are hereby restrained and enjoined from:

    a) Infringing Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiff's Properties ("Unauthorized Products"), and, specifically from:

        i) Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Products;

        ii) Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional

materials, labels, packaging or containers which picture or reproduce any of Plaintiff's Properties;

iii)    Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff;

iv)    Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

6)    Each side shall bear its own fees and costs of suit.

7)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

8)    This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

9)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

10)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction, or make modifications thereto.


11) The above-captioned action, shall, upon filing by either party of a request supported by cause, be reopened should either party default under the terms of the Settlement Agreement.

12) This Court shall retain jurisdiction over the parties for the purpose of making further orders necessary or proper for the construction or modification of this permanent injunction and judgment; the enforcement hereof; the punishment of any violations hereof, and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

IT IS SO ORDERED.

Dated: 4/12/10                    _____
                                  Hon. Dale S. Fischer
                                  United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: _/s/ Annie S. Wang_____
       J. Andrew Coombs
       Annie S. Wang
Attorneys for Plaintiff Imageline, Inc.

BALASUBRAMANI LAW

By: _/s/ Venkat Balasubramani_____
       Venkat Balasubramani
Attorney for Defendant David Hendricks
and Freedom Vending, Inc.

Imageline v. Hendricks, et al.: Proposed Perm. Inj. and Dismissal    - 4 -

# EXHIBIT A

## Copyright Registrations

| Title of Registration | Registration No. |
|---|---|
| Imageline Design Gallery | VA 841-528 |
| Imageline Master Gallery | VA 751-565 |
| PicturePak SuperBundle | VA 746-773 |
| PicturePak Plus: for Harvard Graphics 2.0 for Windows | VA 885-695 |
| LogoExpress LogoWorks | VA 791-082 |
| Headliners | VA 844-189 |